# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASSANDRA GONZALEZ,

    Plaintiff,

v.

    Case No. 3:23-cv-401-TJC-MCR

USAA GENERAL IDEMNITY COMPANY,

    Defendant.

## O R D E R

Upon review of the Stipulation of Dismissal (Doc. 17), filed on February 14, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record